```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL SHAMUEL, | ) | CV F 06-1386 OWW-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DEFENDANT'S REQUEST FOR AN |
| DON RIDING, et. al., | ) | EXTENSION OF TIME AND PROPOSED |
| | ) | ORDER |
| Defendants. | ) | |
| _____ | ) | |

The United States hereby requests a 60-day extension of time until March 7, 2007, to file its answer.  This motion is based on the attached declaration of Assistant U.S. Attorney Carolyn K. Delaney.

DATED: December 27, 2006                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Carolyn K. Delaney

                                            By
                                            CAROLYN K. DELANEY
                                            Assistant U.S. Attorney

///
///
///
///
///
///

1

1  Pursuant to the defendant's request for an extension of time, it
2  is hereby **ordered** that the defendant be granted an extension of
3  time until March 5, 2007.

# D E C L A R A T I O N

I, CAROLYN K. DELANEY, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am familiar with the facts described below.

2. The sole person responsible for handling civil immigration matters in the Eastern District of California is Assistant U.S. Attorney Audrey B. Hemesath.  Thus, this case is assigned to Ms. Hemesath.

3. On December 14, 2006, Ms. Hemesath had to take a sudden medical leave of absence due to pregnancy-related hyperemesis (severe vomiting).  Ms. Hemesath anticipates that her condition will preclude her from returning to work for at least six weeks.

4. Ms. Hemesath is the only person in this office with the unique expertise to handle the present matter.

5. The defendant's answer is due on January 5, 2007.

6. The defendant previously requested one extension of time, on December 5, 2006, to file its answer, but Ms. Hemesath was taken ill before she could complete the answer.

7. The defendant is not in custody.

8. Based upon Ms. Hemesath's urgent medical condition the defendant respectfully requests an extension, until March 5, 2007, in which to file the answer.

9. On December 26, 2006, I spoke to Douglas Lehrman, the attorney for the plaintiff, informing him that I would be applying for this extension of time. He told me that he opposed the request.

///

I declare under the penalties of perjury that foregoing is true and correct to the best of my knowledge. Executed this 27th day of December, 2006.

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY

IT IS SO ORDERED.

**Dated:   December 28, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE