McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A. SHAMUEL,  )  | No. 1:06-cv-01386 -SMS |
|         Plaintiff,  ) | JOINT STIPULATION AND |
|         v.  )  | ORDER |
| Michael Chertoff, Secretary of Homeland  ) Security, et al.  )  | |
|         Defendants.  ) | |

   This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a de novo determination of that Application pursuant to 8 U.S.C. § 1447(b).  The matter is now ripe for administrative adjudication.  Accordingly, the parties stipulate that the case be REMANDED with instructions to United States Citizenship and Immigration Services to adjudicate the application within 30 days from the date of the Order of Remand.

                                                          Respectfully submitted,

Dated: May 8, 2007                                        /s/ Audrey B. Hemesath
                                                          Audrey Hemesath
                                                          Assistant United States Attorney


                                                          /s/ Douglas M. Lehrman
                                                          Counsel for Plaintiff

-1-

| | |
|---|---|
| 1 | **ORDER** |

2  For the reasons set forth in the Joint Stipulation, the case is REMANDED to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 30 days from the date of the order of remand.  In the event United States Citizenship and Immigration Services fails to adjudicate the application within 30 days, jurisdiction will revert to the district court.   All dates currently set in this action are ordered VACATED.

IT IS SO ORDERED.

**Dated:   May 8, 2007**               /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE